## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE M. FABER, TRUSTEE UNDER THE IRREVOCABLE TRUST OF RAYMOND FAHRNER AND VICTORIA FAHRNER, DECEASED,

     Plaintiff,

   v.

WELLS FARGO BANK,

     Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

No. _____

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Wells Fargo Bank, ("Defendant" or "Wells Fargo") hereby gives notice of removal of this action, captioned *Elaine M. Faber, Trustee Under the Irrevocable Trust of Raymond Fahrner and Victoria Fahrner, Deceased v. Wells Fargo Bank,* Docket No. 2014-004298, from the Court of Common Pleas of Delaware County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. As set forth herein, this Court has original jurisdiction over this action. As grounds for removal, Defendant states as follows:

## I. STATUTORY BASIS FOR JURISDICTION

1. Removal of this action is proper under 28 U.S.C. § 1441. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as it is a civil action between citizens of different states with foreign citizens as additional parties in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2.     The Complaint brought by Plaintiff Elaine M. Faber ("Plaintiff" or "Trustee") includes claims for violation of the Uniform Commercial Code ("UCC") and violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), 73 Pa.C.S.A. §201.1 against Wells Fargo for damages allegedly incurred by Raymond Fahrner and Victoria Fahrner ("Decedents").

A.     **There Is Complete Diversity Between The Parties**

3.     Diversity of the parties is determined at the time that the complaint is filed.  *See Freeport–McMoRan, Inc. v. K N Energy, Inc.,* 498 U.S. 426, 428 (1991).

4.     As alleged in the Complaint, Plaintiff is a Trustee of the Raymond A. and Victoria A. Fahrner Irrevocable Trust and brings the current action in her capacity as trustee and as a personal representative of the Fahrner Estate.  Compl. ¶ 1.

5.     The Supreme Court decided in *Navarro Savings Assoc. V. Lee*, that the Court should look to the citizenship of the trustee when deciding the citizenship of a trust for purposes of diversity of citizenship.  466 U.S. 458, 464 (1980); *see also Emerald Investors Trust v. Gaunt Parsippany Partners*, 492 F.3d 192, 198 (3d Cir. 2007).  This rule applies where the trustees sue in their own names, not in the name of the trust, and they hold customary powers to manage and dispose of assets.  *Id.; see also Barbiero v. Kaufman*, 580 F. App'x 107, 111 (3d Cir. 2014) ("In a suit by or against the individual trustees of a trust, where the trustees possess certain customary powers to hold, manage and dispose of assets, their citizenship, and not that of the trust beneficiaries, is controlling for purposes of diversity of citizenship for federal diversity

jurisdiction."). Here, the Plaintiff/Trustee, is a citizen of Florida with an address of 401 S.W. 4th Ave, Ap. 1508, Ft. Lauderdale, FL 33315.[1]

6.      Plaintiff therefore is, and was at the commencement of this action, a citizen of Florida for purposes of 28 U.S.C. § 1332(a)(1) and (c)(1).

7.      Further, Plaintiff specifically alleges she is suing "as a personal representative of the Estate." For purposes of diversity jurisdiction, "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent." *See* 28 U.S.C.A. § 1332 (c)(2).

8.      Plaintiff, in her capacity as a representative of the Estate, therefore is, and was at the commencement of this action, a citizen of the same state as the Decedents for purposes of 28 U.S.C. § 1332.[2]

9.      Wells Fargo is a national bank. The citizenship of a national bank is determined by the location of its designated main office, as set forth in its articles of association. *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006). Wells Fargo is a national bank having its main office in California. Therefore, Wells Fargo is a citizen of California for purposes of 28 U.S.C. §§ 1332(a)(1) and 1348. Accordingly, there is complete diversity between the parties.[3]

---

[1]      Although Plaintiff fails to properly plead her citizenship in the Complaint, the Writ of Summons filed in this action on May 12, 2014 identifies her address in Florida. A true and legible copy of the Writ of Summons is attached hereto as **Exhibit 1**.

[2]      Plaintiff fails to plead the citizenship of the Decedents; however, according to the Complaint, the account at issue was opened by the Decedent Victoria Fahrner at the Media, Pennsylvania branch of Wells Fargo. Thus, upon information and belief, the Decedents were citizens of Pennsylvania.

[3]      In either capacity (as Trustee or legal representative), Plaintiff's citizenship is diverse from that of Wells Fargo's citizenship for the purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332.

B.    **The Amount In Controversy Requirement Is Met**

10.    The amount in controversy requirement also is met here.  Where a complaint does not request a precise monetary amount, the district court must make an independent inquiry into the value of the claims alleged.  *Angus v. Shiley, Inc.*, 989 F.2d 142, 146 (3d Cir. 1993).  Further, "the general Federal rule is to decide the amount in controversy from the complaint itself."  *Id.* at 145 (citing *Horton v. Liberty Mutual Ins. Co.*, 367 U.S. 348, 353 (1961)); *Carey v. Pennsylvania Enters., Inc.*, 876 F.2d 333, 337 n.12 (3d Cir. 1989) (stating that the amount in controversy should be determined by a reasonable reading of the value of the rights being litigated).

11.    Plaintiff is seeking, among other relief, recovery for $388,313.43 worth of "forged items" allegedly drawn upon Victoria A. Fahrner's account with Wells Fargo.  Compl. ¶¶ 8-9.  The amount of those items alone is sufficient to cover the amount in controversy requirement.  Moreover, Plaintiff seeks other alleged monetary damages, including damages under the UTPCPL and attorneys' fees.  Compl. ¶¶ 12-13.  Therefore, the action is well in excess of the $75,000.00 monetary threshold that is set forth in 28 U.S.C. § 1332.

II.    **REMOVAL TO THIS JUDICIAL DISTRICT IS PROPER AND TIMELY**

12.    Plaintiff commenced this action on May 12, 2014, by filing a Writ of Summons in the Court of Common Pleas of Delaware County, Pennsylvania (the "Delaware County Action").  *See* Ex. 1.

13.    On December 13, 2014, Plaintiff filed a Complaint in the Delaware County Action.  A copy of the Complaint is attached as **Exhibit 2**.  Wells Fargo was served with the Complaint on December 18, 2014.  A copy of the Affidavit of Service is attached as **Exhibit 3**. As a result, this Notice of Removal is timely filed, having been filed within thirty (30) days of the date on which Wells Fargo was served with Plaintiff's Complaint.  See 28 U.S.C. §1446(b).

14.     No further pleadings have been filed, and no proceedings have yet occurred in the Delaware County Action.

15.     Wells Fargo files this Notice of Removal without waiving and specifically reserving, all defenses, exceptions, and motions.

**III.     NOTICE IS BEING SENT TO PLAINTIFF AND FILED IN STATE COURT**

16.     Pursuant to 28 U.S.C. § 1446(d), Defendant shall give Plaintiff written notice of the filing of this Notice of Removal.

17.     Pursuant to 28 U.S.C. § 1446(d), Defendant shall file the written notice of the filing of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania, attaching as Exhibit A thereto a copy of this Notice of Removal and the documents attached to this Notice of Removal.

WHEREFORE, Defendant hereby gives notice that the above-entitled state court action, formerly pending in the Court of Common Pleas of Delaware County, has been removed to the United States District Court for the Eastern District of Pennsylvania.

By: _____
     Andrew Soven (PA I.D. No. 76766)
     Molly Q. Campbell (PA I.D. No. 311289)
     **REED SMITH LLP**
     Three Logan Square
     1717 Arch Street
     Suite 3100
     Philadelphia, PA 19103
     Telephone: 215-851-8100
     Facsimile: 215-851-1420
     mcampbell@reedsmith.com

     *Attorney for Defendant*
     *Wells Fargo Bank*

Dated:  January 15, 2015

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of January, 2015 I caused to be served a true and correct copy of the foregoing Notice of Removal to be filed and served upon all counsel of record *via* the electronic court filing (ECF) system, and is available for viewing and downloading, and *via* U.S. First Class Mail, for the following:

> John M. Gallagher, Esquire
> John M. Gallagher Law Offices
> 117-119 N. Olive Street
> Media, PA  19063
>
> *Attorney for Plaintiff,*
> *Elaine M. Faber, Trustee Under*
> *the Irrevocable Trust of Raymond*
> *Fahrner and Victoria Fahrner, Deceased*

Molly Q. Campbell

# EXHIBIT 1

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet
Delaware _____ County

| For Prothonotary Use Only: |
| --- |
| Docket No: |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☐ Transfer from Another Jurisdiction
- ☒ Writ of Summons
- ☐ Petition
- ☐ Declaration of Taking
- ☐ Notice of Appeal

| Lead Plaintiff's Name: | Lead Defendant's Name: |
| --- | --- |
| Elaine M. Faber, Trustee | Wells Fargo Bank |

☐ **Check here if you are a Self-Represented (Pro Se) Litigant**

Name of Plaintiff/Appellant's Attorney: John M. Gallagher, Esquire

Are money damages requested? : ☒ Yes  ☐ No

Dollar Amount Requested: (Check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

Is this a *Class Action Suit*?  ☐ Yes  ☒ No

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the __ONE__ case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☒ Other: negotiable Instruments

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Zoning Board
- ☐ Statutory Appeal: Other

Judicial Appeals
- ☐ MDJ - Landlord/Tenant
- ☐ MDJ - Money Judgment
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin

- ☐ Other:

*Pa.R.C.P. 205.5*                                      *2/2010*

## CIVIL COVER SHEET AND ENTRY OF APPEARANCE
### Delaware County Court of Common Pleas

1.  Case Caption:

Elaine Faber, Trustee under the Irrevocable Trust
   of Raymond A. Fahrner and Victoria A. Fahrner

v.

Wells Fargo Bank

```
                                    FILED
                              2014 MAY 12 PM 3:25
                              OFFICE OF
                              JUDICIAL SUPPORT
                              DELAWARE CO. PA.
                              NO.
```

✓ Jury
___ Non-Jury
___ Arbitration
   *($0-$50,000)*

2a. Plaintiff(s)
Elaine M. Faber, Trustee under the Irrevocable
Trust of Raymond Fahrner and Victoria
Fahrner, Deceased
401 S.W. 4th Ave., Apt. 1508
Ft. Lauderdale, FL 33315
*(Name and address)*

2b. Defendant(s)

Wells Fargo Bank
Baltimore Pike and Orange Street
Media, PA 19063
*(Name and address)*

3a. Related Case? _ Yes ✓ No
*If yes, show Caption and Case Numbers*

3b. Case Subject to Coordination Order? __ Yes ✓ No
   *If yes, show Caption and Date of Order*

4.  Entry of Appearance

   To the Office of Judicial Support:

   Kindly enter my appearance on behalf of Elaine M. Faber, Trustee under the Irrevocable Trust of Raymond
Fahrner and Victoria Fahrner, Deceased, Plaintiff in this action.  Papers may be served at the address set forth
below.

John M. Gallagher, Esquire

02155
Attorney I.D. Number

Attorney Signature

Address: 25 West Second Street

Media, PA 19063

Telephone: (610) 565-4600   Fax: (610) 566-8257

E-mail: jmg@gsscd.com

May 9, 2014
Date

**Reverse side must be completed**
*Choose only the one description which best reflects the principal type of case or relief sought from the list.*

## Case Description

**APPEAL**

**Minor Court**
Money Judgment ____
Landlord and Tenant ____
Code Enforcement ____
Personal Injury ____
Breach of Contract ____
Other _____ ____

**Local Agency**
Civil Service ____
Motor Vehicle ____
Licenses and Inspections ____
Liquor Control Board ____
Tax Assessment Boards ____
Zoning Board ____
Other_____ ____

**Proceedings Commenced by Petition**
Appointment of Arbitrators ____
Change of Name ____
Compel Medical Examination ____
Election Matters ____
Eminent Domain ____
Leave to Issue Subpoena ____
Mental Health Proceedings ____
Other _____ ____

**CIVIL ACTIONS COMMENCED BY
WRIT OR SUMMONS OR COMPLAINT**

Abuse of Process ____
Action for Wrongful Death ____
Class Action ____
Confession of Judgment/Money ____
Confession of Judgment/Real Property ____
Contract
   Construction ____
   Insurance/Bad Faith ____
   Negotiable Instruments ✓
   Other _____ ____

Intentional Tort ____
   Assault and Battery ____
   Libel and Slander ____
   Defamation ____
Employment/Wrongful Discharge ____
   False Imprisonment ____
   Fraud ____
   Malicious Prosecution ____
Negligence
   Motor Vehicle ____
   Real Property ____
   Premises Liability ____
   Product Liability ____
   Toxic Tort
      Asbestos ____
      DES ____
      Implant ____
   Toxic Waste ____
   Other_____ ____
Professional Malpractice ____
   Dental ____
   Legal ____
   Medical ____
   Other _____ ____
Equity
   Real Property ____
   Stockholders Derivative Action ____
   Waste Prevention ____
   Other _____ ____
Declaratory Judgment ____
Ground Rent ____
Mandamus ____
Real Property ____
   Ejectment ____
   Quiet Title ____
   Mortgage Foreclosure ____
   Mechanics Lien ____
   Partition ____
   Prevent Waste ____
Replevin ____
Saving Action UM/UIM ____
Quo Warranto ____
Other _____ ____

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

ELAINE M. FABER, TRUSTEE UNDER   : COURT OF COMMON PLEAS
THE IRREVOCABLE TRUST OF   : DELAWARE COUNTY, PA
RAYMOND FAHRNER AND   :
VICTORIA FAHRNER, DECEASED,   :
401 S.W. 4th Ave., Apt. 1508   : NO. 14-
Ft. Lauderdale, FL 33315,   :
        *Plaintiff*   :
  : CIVIL ACTION - LAW
  :
    v.   :
  :
  : JURY TRIAL DEMANDED
WELLS FARGO BANK   :
Baltimore Pike and Orange Street   :
Media, PA 19063,   :
        *Defendant*   :

2014 MAY 12 PM 3:25
OFFICE OF
JUDICIAL SUPPORT
DELAWARE CO. PA.
FILED

## PRAECIPE FOR WRIT OF SUMMONS

**TO THE OFFICE OF JUDICIAL SUPPORT:**

   Issue summons in civil action in the above case and forward to [✓] Sheriff or [  ]
Attorney.

       _____
       Signature of Attorney/Pro Se
       JOHN M. GALLAGHER, Esquire
       25 West Second Street, P.O. Box 900
       Media, PA 19063
       610-565-4600
       Attorney I.D. No. 02155
       Name/Address/Telephone Number of Attorney/Pro Se

Date: May 9, 2014     Attorney Supreme Court ID Number 02155

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WRIT OF SUMMONS IN CIVIL ACTION

TO:   __Wells Fargo Bank__

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE
COMMENCED AN ACTION AGAINST YOU.

        Angela L. Martinez, Director
        Office of Judicial Support

Date:_____

       By:_____

Attested eo die a true and
correct copy of the original

# EXHIBIT 2



*Ref#102555 109477958*
*12/17/14  1:29pm*
*06815 8*
*m person,*
*Rita Lucia*
*Attorney for Plaintiff*  *Rita Yuschenko*
*no fee*

**JOHN M. GALLAGHER LAW OFFICES**
**JOHN M. GALLAGHER, Esquire**
**ATTORNEY I.D. 02155**
**117-119 N. Olive Street**
**Media, PA   19063**
**(610) 565-9800**
**jmg@jmg-lawoffice.com**

---

| | |
|---|---|
| **ELAINE M. FABER, TRUSTEE UNDER THE IRREVOCABLE TRUST OF RAYMOND FAHRNER AND VICTORIA FAHRNER, DECEASED,** *Plaintiff* | : **COURT OF COMMON PLEAS**<br>: **DELAWARE COUNTY, PA**<br>:<br>: **NO.   2014-004298**<br>:<br>: **CIVIL ACTION - LAW**<br>: |
| **v.** | :<br>: |
| **WELLS FARGO BANK,** *Defendant* | : **JURY TRIAL DEMANDED**<br>: |

---

## NOTICE

    You have been sued in Court.   If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.   You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the or for any other claim or relief requested by the Plaintiff.   You may lose money or property or other rights important to you.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.   IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

<div align="center">

**LAWYER REFERENCE SERVICE**
Delaware County Bar Association
Front and Lemon Streets
P.O. Box 466
Media, PA   19063
(610)   566-6627

</div>

{00266589 (%VERSION}

JOHN M. GALLAGHER LAW OFFICES
JOHN M. GALLAGHER, Esquire             *Attorney for Plaintiff*
ATTORNEY I.D. 02155
117-119 N. Olive Street
Media, PA   19063
(610)   565-9800
jmg@jmg-lawoffice.com

FILED
2014 DEC -9  PM 1:07
OFFICE OF
JUDICIAL SUPPORT
DELAWARE CO.

| | |
|---|---|
| ELAINE M. FABER, TRUSTEE UNDER | : COURT OF COMMON PLEAS |
| THE IRREVOCABLE TRUST OF | : DELAWARE COUNTY, PA |
| RAYMOND FAHRNER AND VICTORIA | : |
| FAHRNER, DECEASED, | : NO.   2014-004298 |
| *Plaintiff* | : |
| | : CIVIL ACTION - LAW |
| v. | : |
| | : JURY TRIAL DEMANDED |
| WELLS FARGO BANK, | : |
| *Defendant* | : |

## COMPLAINT

1.      Plaintiff Elaine Faber is the Trustee of the Raymond A. and Victoria A. Fahrner

Irrevocable Trust, and is the duly appointed Personal Representative of the Estate of Victoria A.

Fahrner, deceased, having been so appointed by Order of the Court of Common Pleas of

Delaware County, Pennsylvania, Orphans' Court Division, Cronin, President Judge, as of No.

031-2012 in an Order dated May 7, 2012 and by Order of the Court of Common Pleas of

Delaware County, Pennsylvania, Register of Wills, Hugh A. Donaghue, Esquire dated September

11, 2012 granting Elaine Faber Letters of Administration.    A true and correct copy of the

Raymond A. and Victoria A. Fahrner Irrevocable Trust is not attached hereto as an exhibit

because it is too lengthy, but will be made available upon request to any interested party.

Plaintiff brings this action in both her capacity as Trustee of the Trust and as personal

{00266589 (%VERSION}

representative of the Estate.

2.      Defendant Wells Fargo Bank is a bank doing business at 217 West Baltimore
Pike, Media, Pennsylvania 19063.

3.      During her life Victoria A. Fahrner, one of the settlors of the Raymond A. and
Victoria A. Fahrner Irrevocable Trust, maintained a checking account with Defendant, being
account no. 1010058254172.

### COUNT I—VIOLATIONS OF THE UNIFORM COMMERCIAL CODE
### (Negotiable Instruments and Bank Deposits and Collections), 13A P.C.S.A.

4.      Paragraphs 1 through 3 of Plaintiff's Complaint are here incorporated by
reference.

5.      During her life Victoria A. Fahrner was also known as Vicky A. Fahrner.

6.      As part of opening the above account with Defendant, Victoria A. Fahrner gave to
Defendant a signature card with her own lawful signature upon it.

7.      Thereafter, and for a period of many months which Plaintiff believes and therefore
avers was in excess of several years, Victoria A. Fahrner, a/k/a Vicki A. Fahrner, signed her
signature upon many checks and other items which she drew upon her account no.
1010058254172, which made or should have made Defendant and Defendant's employees
familiar with the true and correct signature of Victoria A. Fahrner, a/k/a Vicki A. Fahrner.

8.      During her life, in spite of having become familiar with the true and correct
signature of Victoria A. Fahrner, Defendant nevertheless honored for payment and paid
numerous items drawn upon Victoria A. Fahrner's account, which items bore not the true and
correct signature of Victoria A. Fahrner, but rather, signatures which were forgeries of Victoria

{00266589 (%VERSION}

A. Fahrner's signature.

9.     The forged items referred to in the immediately preceding paragraphs total $388,313.43.   Copies of the forged items are too numerous to attach hereto, but an adding machine tape adding each of the forged items and totaling $388,313.43 is attached hereto as Exhibit "A" and is here incorporated by reference.

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of $388,313.43 plus costs, interest and attorney's fees as may be allowed by law.

## COUNT II

### VIOLATIONS OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW, 73 Pa.C.S.A. §§ 201.1, *ff.*

10.     Paragraphs 1 through 9 of Plaintiff's Complaint are here incorporated by reference.

11.     The foregoing constitutes deceptive behavior sanctionable under the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §201-1, *ff.*

12.     Specifically, by holding forth to the public and to Plaintiff that the forged signatures upon the aforesaid items were the signatures of Victoria A. Fahrner when in fact they were not, constituted the engaging by Defendant in fraudulent or deceptive conduct which created a likelihood of confusion and misunderstanding.

13.     The normal and customary, and therefore reasonable, rate at which Plaintiff's attorney, John M. Gallagher, Esquire, charges his clients for work comparable to the work he is doing for Plaintiff in this case, is $450 per hour.

## V E R I F I C A T I O N

I, Elaine Faber, Trustee under the Irrevocable Trust of Raymond Fahrner and Victoria

Fahrner, Deceased, verify that the statements made in the within Complaint are true and correct

to the best of my knowledge, information and belief.   I understand that false statements herein

are made subject to the penalties of 18 Pa. C.S.A. §4909 relating to unsworn falsification to

authorities.

Elaine Faber, Trustee under the Irrevocable
Trust of Raymond Fahrner and Victoria
Fahrner, Deceased

Dated:   12/8/14

{00266627 (%VERSION|1) }

# EXHIBIT A

7437•50+
346•25+
493•30+
321•69+
7694•+
1543•+
30•+
78•72+
95•94+
179•78+
493•30+
300•+
7721•50+
435•64+
493•30+
7714•61+
30•40+
354•78+
7714•61+
342•19+
7472•37+
50•+
230•+
464•02+
535•70+
10293•+
37•61+
7767•+
200•+
38•72+
50•+
10849•74+
535•70+
64•36+
30•40+
10709•61+
47•+
10369•87+
71•36+
40•+
7730•50+
116•+
535•70+
10785•30+
71•36+
10343•+
820•72+
10668•+
71•36+
30•41+
9679•+
71•36+

2238•5+
36•83+
449•+
235•+
447•25+
493•+
100•+
436•93+
10439•24+
6893•55+
449•+
376•96+
10295•37+
638•18+
41•15+
10749•75+
493•+
97•76+
36•26+
57•51+
382•43+
7•90+
194•75+
10723•61+
10350•+
493•30+
10672•+
118•24+
40•40+
30•40+
10672•50+
147•36+
171•43+
535•70+
10710•+
11002•50+
15233•+
200•+
10723•61+
10350•+
10439•24+
10672•+
50•+
13835•+
536•30+
234•69+
270•23+
30•40+
825•+
10•75+
7529•+
7735•+
37•97+

7748•66+
36•25+
39•99+
7725•05+
36•25+
36•25+
7733•05+
327•14+
369•31+
441•10+
441•10+
377•17+
7767•+
217•48+
449•+
=
388313•43*

Page 1 of 1

# Legal Order Processing Confirmation

# Fax Cover Sheet

## To: Levy/Writ Processing 3684

## Send to Fax #: 1-704-427-

From: RITA YURCHENKO
Phone: (610)891-1049
Fax: (610)891-1034
AU: 68158

The information was successfully submitted on 12/17/2014 at 11:28:36 AM (Pacific Time). Your reference number is **1025557**.

Customer / Served Name: WELLS FARGO BANK
Type of Order: Levy / Writ

**Please write the following on the upper right hand corner of the legal order before faxing:**

Reference number **1025557**
Date and time the legal order was served
AU the legal order was served upon
How the legal order was served - either by mail or in person
Your signature
Your printed name
Fee amount received at time of service if applicable

**Please fax the order with this cover page to 1-704-427-3684 and MAC the original to Levy Processing at Y1372-113.**

Log Another Legal Order

http://lop.homestead.wellsfargo.com/insertlogentry.asp                    12/17/2014

# EXHIBIT 3

Miller
12-17

# SHERIFF'S DEPARTMENT
## DELAWARE COUNTY
FRONT STREET & VETERANS SQUARE, MEDIA, PENNSYLVANIA 19063 (610) 891-4296

**SHERIFF SERVICE**
**PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

| | |
|---|---|
| 1. PLAINTIFF/S/ ELAINE M. FABER, TRUSTEE UNDER THE IRREVOCABLE TRUST OF RAYMOND & VICTORIA FAHRNER, DECEASED | 2. COURT NUMBER 14-4298 |
| 3. DEFENDANT/S/ WELLS FARGO BANK | 4. TYPE OF WRIT OR COMPLAINT CIVIL ACTION COMPLAINT |

**SERVE AT** { 5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC, TO SERVICE
WELLS FARGO BANK
6. ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
BALTIMORE PIKE & ORANGE STREET, MEDIA, PA 19063 }

7. INDICATE UNUSUAL SERVICE: ☐ REG MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____, 19_____, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____

SHERIFF OF DELAWARE COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Deputy Sheriff

Invoice No. JD-312620
Amount Pd. Pd 39.50
Docket #
Page      1 COPY

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

| 9. PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR | 10. TELEPHONE NUMBER 610-565-9800 | 11. DATE 12/9/14 |
|---|---|---|
| JOHN M. GALLAGHER, ESQ. 117-119 N. OLIVE ST. MEDIA, PA 19063 | 12. SIGNATURE | |

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW**

| 13. I acknowledge receipt of the writ or complaint as indicated above. | SIGNATURE of Authorized DCSD Deputy or Clerk and Title | 14. Date Filed 12/9/14 | 15. Expiration/Hearing date 30 day |
|---|---|---|---|

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to Wells Fargo Bank _____, Defendant(s)
on the 17 day of Dec 2019 14, at 1:30 o'clock, _____ M.,
at Balt & Orange Media _____ Street, County of Delaware,
Commonwealth of Pennsylvania, in the manner described below:
☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
☒ Agent or person in charge of Defendant's office or usual place of business. x Baker

☐ Other _____

On the _____ day of _____, 19_____, at _____ o'clock, _____ M.
Defendant not found because:
☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other _____

REMARKS:

RETURNED:                                           SO ANSWER.

| 17. AFFIRMED and subscribed to before me this _____ | 18. Signature of Dep. Sheriff Paul R. Miller | 19. Date 12-17-14 |
|---|---|---|
| 20. day of _____ 19 | 21. Signature of Sheriff | 22. Date |
| 23. _____ Notary Public | | DEC 18 2014 |
| MY COMMISSION EXPIRES | | 25. Date Rec'd |
| 24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE. | | |

DCSD-1-1989