IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAINE M. FABER, TRUSTEE UNDER THE IRREVOCABLE TRUST OF RAYMOND FAHRNER AND VICTORIA FAHRNER, DECEASED<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO BANK**<br><br>**Defendant** | CIVIL ACTION<br>NO. 15-00191 |

## ORDER

**AND NOW**, this 13th day of April, 2015, upon consideration of Defendant Wells Fargo Bank's Motion to Dismiss the Amended Complaint (Doc. No. 11), and all memoranda submitted in opposition to and support of that Motion (Doc. Nos. 12, 13, 14), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. Count I of the Amended Complaint is **DISMISSED** to the extent it is based on checks negotiated before May 12, 2011;

3. Count II of the Amended Complaint is **DISMISSED**;

4. Plaintiff is granted leave to file a second amended complaint on or before May 4, 2015.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.